IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H.F., | \* |
|     Petitioner, | \* |
| vs. | \* |
| Warden, STEWART DETENTION CENTER, *et al.*, | \*    CASE NO. 4:25-cv-70-CDL-AGH<br>28 U.S.C. § 2241 |
| | \* |
|     Respondents. | \* |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 15, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court

    IT IS SO ORDERED, this 3rd day of September, 2025.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA